447 A.2d 659

Commonwealth v. Bastogne, Appellant.

█ Submitted March 8, 1982. Robert Marc Silverman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.